UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                         CASE NO: 6:13-cr-195-Orl-28GJK

DAVID MICHAEL MUHLEMAN

## ORDER

This case having been considered by the Court on the Report and Recommendation (Doc. No. 41, filed October 31, 2018) concerning Defendant's Application to Proceed in District Court without Prepayment of Fees or Costs (Doc. No. 40, filed October 29, 2018) and no objections thereto having been filed, it is **ORDERED**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 41) is **ACCEPTED, AFFIRMED** and **ADOPTED**.

2. The Defendant's Application to Proceed in District Court without Prepayment of Fees or Costs (Doc. No. 40) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on December 5, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney

David Michael Muhleman
#58929-018
Allenwood Low Security
P.O. Box 1000
White Deer, PA 17887